THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY
v. GUY SHEETS.

No. 13,863.    (81 Pac. 1132.)

Error from Labette district court; THOMAS J. FLAN-
NELLY, judge.    Opinion filed June 10, 1905.    Affirmed.

*T. N. Sedgwick,* for plaintiff in error.
*W. D. Atkinson,* for defendant in error.

*Per Curiam:*    The errors assigned in this case can practi-
cally be resolved into one question, viz., Is there sufficient evi-
dence to sustain the findings of the jury, in short, that plaintiff's
horses were injured by defendant's train, or were they injured
by falling into a culvert?    The nature, extent and location of
the injuries, marks upon the track, upon the embankment, and
upon the horses themselves, in the absence of direct evidence
seem sufficient to sustain the findings and verdict, especially
after they have been approved by the trial court.

The judgment is affirmed.